# Third District Court of Appeal

## State of Florida

Opinion filed July 15, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1879
Lower Tribunal No. 20-20077-CA-01
_____

**Javier Alfaro, et al.,**
Appellants,

vs.

**Omar Marrero,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Charles Kenneth Johnson, Judge.

Carlton Fields, P.A., and Dean A. Morande, (West Palm Beach), for appellants.

Morgan & Morgan, and Grant R. Gillenwater (Melbourne), and David L. Luck, and Marisa K. Glassman, for appellee.

Before SCALES, C.J., and LOGUE, and LINDSEY, JJ.

PER CURIAM.

Appellants, Javier Alfaro and Xtreme Creative Builders, Inc., appeal a final order entered after a jury verdict in favor of Appellee, Omar Marrero, and an order denying Alfaro's motion for a new trial and remittitur. We affirm. See Tundidor v. State, 221 So. 3d 587, 603 (Fla. 2017) (quoting Stephens v. State, 787 So. 2d 747, 754 (Fla. 2001)) ("A trial court's denial of a motion for a new trial is reviewed under an abuse of discretion standard. . . . To demonstrate abuse, the nonprevailing party must establish that no reasonable person would take the view adopted by the trial court.").

Affirmed.